UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONNIE R. MORAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4579** |
| **N. BURL CAIN, WARDEN LOUISIANA STATE PENITENTIARY** | **SECTION "J"(4)** |

### O R D E R

Considering the complaint, the record, the applicable law, and the *Report and Recommendation of the United States Magistrate Judge* (**Rec. Doc. 13**), and finding petitioner's *Objections* (**Rec. Doc. 14**) thereto to be without merit, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Ronnie R. Moran's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 28th day of July, 2014.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**